

# DIVIDENDS REMITTED TO THE COURT

Case Number 19-27478 – Carmazzi of Florida Inc.

Page 1 of 2  March 16, 2022

| Creditor | Claim # | Check # | Check Date | Allowed | Paid |
| --- | --- | --- | --- | --- | --- |
| Daniela Irrazabal<br>J E Uriburu 1438 7 G<br>Buenos Aires C1114AAN<br>ARGENTINA | 000008 | 5039 | 03/16/22 | $2,827.00 | $28.33 |
| Marmar Mahmoud Hassan Omran<br>318 Sudan St., Entrance 5A, Mohandesein<br>Agouza, Giza<br>EGYPT | 000013 | 5040 | 03/16/22 | $22,110.00 | $221.57 |
| WORDBEE S.A<br>195, rue de Differdange<br>L-4437 SOLEUVRE<br>LUXEMBOURG | 000004 | 5041 | 03/16/22 | $2,746.20 | $27.52 |
| 4Localize<br>27 Mousa Ibn Noseir ST, 7th District<br>Nasar City<br>Cairo<br>EGYPT | 000014 | 5042 | 03/16/22 | $21,729.28 | $218.39 |
| Aracelia Fernandez<br>3152 McKinley Village Way<br>Sacramento CA 95816 | 000002 | 5043 | 03/16/22 | $6,261,99 | $27.88 |
| Fernando Figueroa Fernandez<br>2210 Shadow Cliff St<br>San Antonio TX 78232 | 000003 | 5044 | 03/16/22 | $9,021.86 | $40.14 |
| WORDBEE S.A<br>195, rue de Differdange<br>L-4437 SOLEUVRE<br>LUXEMBOURG | 000004 | 5045 | 03/16/22 | $2,746.20 | $12.22 |
| Daniela Irrazabal<br>J E Uriburu 1438 7 G<br>Buenos Aires C1114AAN<br>ARGENTINA | 000008 | 5046 | 03/16/22 | $2,827.00 | $12.58 |

Filed 03/18/22     Case 19-27478     Doc 68

## DIVIDENDS REMITTED TO THE COURT

Case Number 19-27478 – Carmazzi of Florida Inc.

Page 2 of 2    March 16, 2022

| Creditor | Claim # | Check # | Check Date | Allowed | Paid |
|---|---|---|---|---|---|
| Marmar Mahmoud Hassan Omran<br>318 Sudan St., Entrance 5A, Mohandesein<br>Agouza, Giza<br>EGYPT | 000013 | 5047 | 03/16/22 | $22,110.00 | $98.42 |
| 4Localize<br>27 Mousa Ibn Noseir ST, 7th District<br>Nasar City<br>Cairo<br>EGYPT | 000014 | 5048 | 03/16/22 | $21,729.28 | $97.01 |

------REMITTANCE TOTAL---------                             $784.06

_____
Geoffrey Richards, Trustee